**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| HELAL DAOUD, | : |
| | : |
| Plaintiff, | : Case No.: 2:25-cv-360 |
| | : |
| v. | : Judge Michael H. Watson |
| | : |
| CITY OF COLUMBUS, | : Magistrate Judge Elizabeth P. Deavers |
| | : |
| Defendant. | : |
| | : |

**NOTICE OF APPEARANCE BY MICHAEL W. DEWITT**

Michael W. DeWitt of DeWitt Law, LLC hereby gives notice of his appearance as counsel for Plaintiff Helal Daoud in the above-referenced case. All pleadings, correspondence, notices and other documents filed or served in this case should be served upon Michael W. DeWitt.

                                          Respectfully submitted,

                                          /s/ Michael W. DeWitt
                                          Michael W. DeWitt  (0066896)
                                          DEWITT LAW, LLC
                                          4182 Worth Avenue
                                          Columbus, Ohio  43219
                                          (614) 398-2886
                                          (614) 750-1379 (facsimile)
                                          mdewitt@dewittlawco.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing was filed electronically on May 8, 2025.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                    /s/ Michael W. DeWitt
                                    Michael W. DeWitt